

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2021

No. 04-20-00477-CV

**IN THE INTEREST OF F.B.C.L., B.A.I.L., L.K.A.L., AND J.J.W.L, CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01116
Honorable Laura Salinas, Judge Presiding

## O R D E R

On October 2, 2020, we ordered appellant to file a response by October 19, 2020 explaining why she failed to file her pro se notice of appeal in a timely manner. In that order, we explained that her notice of appeal had been due by September 8, 2020, and our records showed that she had filed a pro se notice of appeal on September 16, 2020—within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). We further explained that without a reasonable explanation setting out why she failed to file her notice of appeal in a timely manner, the appeal would be dismissed. *See id.*; TEX. R. APP. P. 26.3, 42.3(c). A copy of the order was sent to both appellant and her court-appointed trial counsel, Ms. Sharon Thorne. *In re J.O.H.*, 283 S.W.3d 336, 343 (Tex. 2009) (providing that court-appointed trial counsel's duty of representation continues until relieved of that duty); *see* TEX. FAM. CODE ANN. § 107.013(a)(1) (setting out statutory right of indigent parents to counsel in parental rights termination cases).

When Ms. Thorne did not timely respond, we abated the appeal and ordered the trial court to conduct a hearing to determine the following questions: (1) whether Ms. Throne had abandoned the appeal, (2) whether appellant was entitled to new counsel, and (3) whether Ms. Throne should be sanctioned. On January 8, 2021, the trial court held a hearing, and Ms. Throne appeared, but appellant did not. The trial court found that Ms. Thorne had been unable to contact appellant after several attempts and was unaware that appellant wished to appeal. The trial court concluded that Ms. Thorne had not abandoned the appeal and should not be sanctioned. It also granted Ms. Thorne permission to withdraw and appointed new appellate counsel, Mr. Gerald Uretsky to represent appellant.

In light of the foregoing, we **ORDER** this appeal reinstated on the docket of our court and **ORDER** Mr. Gerald Uretsky to file a response **by January 29, 2021** to our order dated

October 2, 2020 explaining why appellant failed to file her pro se notice of appeal in a timely manner. If appellant fails to respond within the time provided, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2021.

MICHAEL A. CRUZ, Clerk of Court